# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### (Southern Division)

| | |
|---|---|
| IN RE: QUALITY STORES, INC., ET AL. | Chapter 11<br>Case No. GG-01-10662<br>(Jointly Administered) |
| QSI HOLDINGS, INC. and QUALITY STORES, INC.,<br><br>                  Plaintiffs,<br><br>v.<br><br>DAVID C. BLISS, et al.,<br><br>                  Defendants. | Hon. James D. Gregg<br><br>Adversary Proceeding<br>No. 03-88076<br><br>Oral Argument<br>Requested |

## MOTION OF DEFENDANTS PETER LAMM AND RICHARD C. DRESDALE TO DISMISS COMPLAINT

Now come the Defendants, Peter Lamm and Richard C. Dresdale, and move this Court, pursuant to Federal Rule of Civil Procedure 12(b) and Federal Rule of Bankruptcy Procedure 7012(b), to dismiss the Complaint of QSI Holdings, Inc. and Quality Stores, Inc., in the matter captioned above, for failure to state a claim upon which relief can be granted.

In support of their Motion to Dismiss, Messrs. Lamm and Dresdale submit a memorandum in support of the Motion, the affidavit of James B. Frakie, and an appendix of unreported decisions.

WHEREFORE, Messrs. Lamm and Dresdale respectfully request that the Court dismiss the Plaintiffs' Complaint in its entirety with respect to Defendants Lamm and Dresdale, with prejudice, and order such other relief as the Court deems proper.

Respectfully submitted,

*[signature]*

James B. Frakie (P25439)
Wheeler Upham, P.C.
Second Floor, Trust Building
40 Pearl Street, N.W.
Grand Rapids, MI 49503
(616) 459-7100

*Of Counsel*

Randall W. Bodner (BBO # 549160)
Peter L. Welsh (BBO #643261)
Timothy J. Casey (BBO #650913)
Ropes & Gray
One International Place
Boston, MA 02110-2624
(617) 951-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2003, a true copy of the above document was served by first-class mail, postage pre-paid, on:

| | |
|---|---|
| Robert S. Hertzberg<br>Pepper Hamilton LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243<br>Clayton, MO 63105 | Greg Shinall<br>Sperling & Slater, P.C.<br>55 West Monroe Street, Suite 3200<br>Chicago, IL 60603 |
| Attorney for Plaintiffs QSI Holdings, Inc. and Quality Stores, Inc. by their Chief Litigation Officer | Attorney for Co-Defendants |

*[signature]*
Timothy J. Casey