UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(Southern Division)

| | |
|---|---|
| IN RE: QUALITY STORES, INC., ET AL.<br><br>———————————————————<br>QSI HOLDINGS, INC. and QUALITY STORES, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DAVID C. BLISS, et al.,<br><br>　　　　　　　　　Defendants. | Chapter 11<br>Case No. GG-01-10662<br>(Jointly Administered)<br><br>Hon. James D. Gregg<br><br>Adversary Proceeding<br>No. 03-88076<br><br>Oral Argument Requested |

## MOTION OF DEFENDANTS PETER LAMM
## AND RICHARD C. DRESDALE
## TO DISMISS AMENDED COMPLAINT

Now come the Defendants, Peter Lamm and Richard C. Dresdale, and move this Court, pursuant to Federal Rule of Civil Procedure 12(b) and Federal Rule of Bankruptcy Procedure 7012(b), to dismiss the Amended Complaint, filed in the above-captioned adversary proceeding, for failure to state a claim upon which relief can be granted.

In support of their Motion to Dismiss, Messrs. Lamm and Dresdale submit a memorandum in support of the Motion and an appendix of unreported decisions.

WHEREFORE, Messrs. Lamm and Dresdale respectfully request that the Court dismiss the Amended Complaint in its entirety with respect to Defendants Lamm and Dresdale, with prejudice, and order such other relief as the Court deems proper.

Motion to Dismiss.doc

-2-

Dated:  February 14, 2005            Respectfully submitted,


   *James B. Frakie /s/*
James B. Frakie (P25439)
Tolley VandenBosch Korolewicz
 & Brengle, PLC
1700 East Beltline, NE
Suite 200
Grand Rapids, MI  49525
(616) 447-1800

*Of Counsel*

Randall W. Bodner (BBO # 549160)
Peter L. Welsh (BBO #643261)
Gregory O. Kaden (BBO #643849)
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000